District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAM HODA, *et al.*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,[1]<br><br>                      Defendants. | Case No. 2:24-cv-01906-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>January 29, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 1, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on January 31, 2025. The parties are currently working towards

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Department of Homeland Security Kristi Noem for Alejandro Mayorkas and U.S. Citizenship and Immigration Services ("USCIS") Acting Director Jennifer B. Higgins for Ur M. Jaddou.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01906-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  a resolution to this litigation.  For good cause, the parties request that the Court hold the case in
2  abeyance until April 1, 2025.
3        Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706
4  (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to
5  control the disposition of the causes on its docket with economy of time and effort for itself, for
6  counsel, and for litigants."  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
7  P. 1.
8        With additional time, this case may be resolved without the need of further judicial
9  intervention.  USCIS is in the process of scheduling an interview for Plaintiff.  USCIS has
10 determined that this interview is necessary to adjudicate Plaintiff's asylum application.  Once the
11 asylum application is adjudicated, this matter will be moot.  Accordingly, the parties request this
12 abeyance to allow USCIS to schedule the asylum interview.
13       As additional time is necessary for this to occur, the parties request that the Court hold the
14 case in abeyance until April 1, 2025.  The parties will submit a status update on or before April 1,
15 2025.
16 //
17
18 //
19
20 //
21
22 //
23
24 //

STIPULATED MOTION FOR ABEYANCE  
[Case No. 2:24-cv-01906-JNW] - 2

UNITED STATES ATTORNEY  
1201 PACIFIC AVE., STE. 700  
TACOMA, WA 98402  
(253) 428-3800

1    DATED this 30th day of January, 2025.

2    Respectfully submitted,

3    TESSA M. GORMAN                                    LAW OFFICE OF DANIELLE DOYLE
     United States Attorney

4
     *s/ Michelle R. Lambert*                           *s/ Danielle Doyle*
5    MICHELLE R. LAMBERT, NYS #4666657                  DANIELLE DOYLE, WSBA# 42067
     Assistant United States Attorney                   Law Office of Danielle Doyle
6    United States Attorney's Office                    3347 31st Drive
     Western District of Washington                     Everett, Washington 98201
7    1201 Pacific Avenue, Suite 700                     Phone: 206-427-9094
     Tacoma, Washington 98402                           Email: daniellemdoyle@gmail.com
8    Phone: (253) 428-3824                              *Attorney for Plaintiffs*
     Fax:   (253) 428-3826
9    Email: michelle.lambert@usdoj.gov

10   *Attorneys for Defendants*

11   *I certify that this memorandum contains 278 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

**[PROPOSED] ORDER**

The case is held in abeyance until April 1, 2025. The parties shall submit a status update on or before April 1, 2025. It is so **ORDERED**.

DATED this 30th day of January, 2025.

*[signature]*
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01906-JNW] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800